JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Applicant,<br><br>vs.<br><br>VISTA DEL SOL HEALTH SERVICES, INC. D/B/A VISTA DEL SOL HEALTHCARE,<br><br>    Respondent. | CASE NO. CV 14-03337 MMM (FFMx)<br><br>JUDGMENT FOR APPLICANT |

On July 7, 2014, the court granted in part and denied in part the application of the National Labor Relations Board ("NLRB") for an order requiring respondent Vista del Sol Health Services, Inc. d/b/a Vista del Sol Healthcare ("Vista") to comply with administrative subpoenas *duces tecum*. Accordingly,

    IT IS ORDERED AND ADJUDGED

    1.    That Vista respond to subpoenas *duces tecum* B-712357 and B-712366 in all respects except category 3 of subpoena B-712357 within twenty (20) days of the date of entry of this judgment; and

    2.    That the action be, and it is hereby, dismissed.

DATED: July 7, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE